UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEPHANIE A. COURTNEY,**

        Plaintiff,

                              Case No. 08-10095

v.

                              **HONORABLE DENISE PAGE HOOD**

**COMMISSIONER OF SOCIAL
SECURITY,**

        Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation, dated November 26, 2008. To date, none of the parties have filed objections to the Magistrate Judge's Report and Recommendation.

The Magistrate Judge recommended that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment.[1] After careful review and consideration, the Court finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge R. Steven Whalen's **[Docket No. 14, filed November 26, 2008]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

---

[1] The Magistrate Judge construed Plaintiff's Brief on Appeal as a Motion for Summary Judgment. *See* Doc. No. 10.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [**Docket No. 13, filed July 15, 2008**] is GRANTED.

IT IS FURTHER ORDERED that this CAUSE OF ACTION is DISMISSED WITHOUT PREJUDICE.

                                        S/Denise Page Hood
                                        Denise Page Hood
                                        United States District Judge

Dated:  December 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2008, by electronic and/or ordinary mail.

                                        S/William F. Lewis
                                        Case Manager